H. E. R. LABORATORIES, INC., Appellant, *v.* MORRIS ROSENSWEIG, et al., Defendants. RUDOLPH ALLEN, an Attorney, Respondent.

Submitted November 30, 1953; decided January 21, 1954.

*Victor D. Werner* for motion.

*Rudolph Allen* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.